FILED

03/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0054

## In the Supreme Court of the State of Montana

Supreme Court No. DA 22-0054

SHANDOR S. BADARUDDIN,

    Appellant,

-vs-

STATE OF MONTANA and the NINETEENTH JUDICIAL DISTRICT COURT, HON. MATTHEW CUFFE, Presiding.

    Appellees.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 21, 2023, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 22 2023